IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

Dr. James L. Crawford
(TDC #797416) - PRO-SE
PETITIONER

CIVIL ACTION NO. H-17-1676

United States Courts
Southern District of Texas
FILED

FEB 21 2018

David J. Bradley, Clerk of Court

## MOTION FOR TRO
## PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 65

TO THE HONORABLE JUDGE OF SAID COURT:

SAVE. Be it known. Dr. James L. Crawford (Petitioner) in the above Styled 2nd Civil Action States:

"My name is Dr. James L. Crawford (Petitioner). My identification Tracking Number is: #797416 I am Competent to make This Motion For a "TRO." I am Presently incarcerated in The Mark W. Stiles Unit Located at 3060 FM 3514 in Beaumont, (city), Texas (State).

It is Requested That This Court issue a "TRO" against The Responding agency, do to its Retaliation against The Petitioner, by not Providing him with indigent legal Supplies so That he can draft legal documents for This and other Courts and So That he can Correspond with with This legal body.

PRAYER

Petitioner respectfully prays That this Court issue a "TRO" against The responding parties named in This civil action.

V/S/EO

Respectfully Submitted

Dr. James L Crawford

Dr. James Louis Crawford
TDC# 797416
Mark W. Stiles Unit
3060 Farmers Market 3514
Beaumont, Texas 77705
Phone Personal (323) 751-3760

<u>Certificate of Service</u>

I, Dr. James L. Crawford, TDC#797416, do hereby swear under the Penalty of perjury that a true and correct copy of said above mentioned Motion was in fact placed in Mark W. Stiles United States Postage box for delivery to The U.S. District Clerk's Office for the Southern District of Texas Houston Division: P.O. Box 61010. Houston, Texas 77208.

Signed This The 14th day of February, 2018.

/s/ Dr. James L. Crawford
Dr. James L. Crawford, Pro-se
TDC# 797416
3060 FM 3514 · Stiles Unit
Beaumont, Texas 77705
(323) 751-2760