IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DR. JAMES L. CRAWFORD, (TDCJ #797416) | § § § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. H-17-1676 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

**FINAL JUDGMENT**

For the reasons stated in this court's memorandum and opinion entered this date, this civil action is dismissed with prejudice.

SIGNED on April 30, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge